**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREW LUO,<br><br>        Plaintiff,<br><br>   v.<br><br>ZYNGA INC.,<br><br>        Defendant. | Case No. 13-cv-00186 NC<br><br>**ORDER TO FILE SETTLEMENT AGREEMENT UNDER SEAL**<br><br>Re: Dkt. No. 20 |

Pending before the Court is the parties' joint motion for an order approving the settlement between Luo and Zynga, and dismissing this action, with prejudice with respect to Luo's claims, and without prejudice as to the claims of the alleged class. Dkt. No. 20. The motion states that the parties have executed a settlement agreement which contains a confidentiality provision preventing the parties from filing the agreement in the public record. *Id.* at 4:19-23. The Court orders the parties to file the settlement agreement under seal by July 15, 2013.

IT IS SO ORDERED.

Date: July 9, 2013

                                                                                 _____
                                                                                 Nathanael M. Cousins
                                                                                  United States Magistrate Judge