IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LUO, | Case No. 3:13-cv-00186 NC |
| Plaintiff, | **ORDER DENYING APPLICATION TO APPEAR TELEPHONICALLY** |
| v. | |
| ZYNGA, INC., | |
| Defendant. | |

On August 1, 2013, plaintiff's counsel filed a request to appear telephonically at the motion hearing set for August 7, 2013 at 1:00 p.m. The Court indicated personal attendance of plaintiff is required in its Order re Setting Hearing on Motion for Approval of Settlement Agreement, Dkt. No. 27. Therefore, IT IS HEREBY ORDERED that the request is DENIED.

Dated:  August 2, 2013

NATHANAEL COUSINS
United States Magistrate Judge